# IN THE SUPREME COURT OF THE STATE OF NEVADA

HOWARD SHAPIRO,
                Appellant,
vs.
GLEN WELT; RHODA WELT; LYNN WELT; AND MICHELLE WELT, INDIVIDUALS,
                Respondents.

No. 80395

FILED

NOV 19 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nancy L. Allf, District Judge
       William C. Turner, Settlement Judge
       Alex B. Ghibaudo, PC.
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
       Eighth District Court Clerk

20-41033